# EXHIBIT 1

USA    Europe    Asia    Trainings    Archives    Sponsorships    Press    About

# BLACK HAT | CODE OF CONDUCT

**Contact Information**
To report an issue or Code of Conduct violation please contact codeofconduct@blackhat.com.

You may also reach out to Event Management directly:

- Steve Wylie, General Manager, swylie@blackhat.com
- Marissa Parker, Project Manager, marissa.parker@ubm.com

In any emergency situation please call the authorities immediately via the house phones or directly.

**Purpose**
We believe our community should be truly open for everyone. As such, we are committed to providing a friendly, safe and welcoming environment for all, regardless of gender, sexual orientation, disability, ethnicity, or religion.

This code of conduct outlines our expectations for participant behavior, as well as the consequences for unacceptable behavior.

We invite all sponsors, speakers, attendees, media, exhibitors and other participants to help us realize a safe and positive conference experience for everyone.

All determinations of appropriate or inappropriate behavior are in UBM's sole discretion and the decision(s) of the UBM representatives on-site will be final.

In any emergency situation please call the authorities immediately via the house phones or directly.

**Expected behavior includes, but is not limited to:**

- Be considerate, respectful, and collaborative.
- Refrain from demeaning, discriminatory or harassing behavior, materials and speech.
- Be mindful of your surroundings and of your fellow participants. Alert conference organizers if you notice a dangerous situation or someone in distress.

**Unacceptable behavior & materials include, but are not limited to:**

- Intimidating, harassing, abusive, discriminatory, derogatory, or demeaning materials or conduct by any attendees of the event and related event activities. Many event venues are shared with members of the public; please be respectful to all patrons of these locations.
- Harassment includes: offensive comments (verbal, written, or otherwise) related to gender, sexual orientation, race, religion, disability; inappropriate use of nudity and/or sexual images in public spaces (including presentation slides); deliberate intimidation, stalking or following; harassing materials, photography or recording; sustained disruption of talks or other events (whether verbal or otherwise); inappropriate physical contact, and unwelcome sexual attention.
- Wearing clothing that is not suitable for a professional work environment, that is provocative, or otherwise potentially offensive.
- Physical, written, verbal or other abuse, intimidation, threats, annoyance, harassment, stalking, pushing, shoving or use of any physical force whatsoever against any person, which in any way creates a disturbance that is disruptive or dangerous, or creates apprehension in a person, as determined by UBM and its show management, in their sole discretion.
- Possession of any item that can be used as a weapon, which may cause danger to others if used in a certain manner.
- Any boisterous, lewd or offensive behavior or language, including but not limited to using sexually explicit or offensive language, materials or conduct, or any language, behavior or content that contains profanity, obscene gestures, or racial, religious or ethnic slurs.
- Possessing any open can, bottle or other receptacle containing any alcoholic beverages, except in areas specifically designated for the consumption of alcohol. Please drink responsibly.
- Possessing any illegal substance, including but not limited to narcotics, marijuana, or other illegal drugs. UBM does not tolerate the use or abuse of illegal substances anywhere in the Venue.
- Smoking – other than in designated areas.
- Assembling for the purpose of, or resulting in, disturbing the peace, or committing any unlawful act or engaging in any offensive behavior.
- Failure to obey any rules or regulations of the Venue.

**Consequences of unacceptable behavior**
Unacceptable behavior will not be tolerated whether by other attendees, media, speakers, volunteers, organizers, venue staff, sponsors, or exhibitors.

## UPCOMING EVENTS

Black Hat Virginia Trainings
October 17–18, 2019

Black Hat Japan Trainings
October 24–25, 2019

Black Hat Europe
December 2–5, 2019

Black Hat Asia
March 31–April 3, 2020

Black Hat USA
August 1–6, 2020

## LATEST INTEL

View All Intel Posts for Blogs and Conference Updates

## SHOW COVERAGE

Black Hat in the News

## STAY CONNECTED

Sign up to receive information about upcoming Black Hat events including Briefings, Trainings, speakers, and important event updates.

## REVIEW BOARD

  
  

View All 24 Review Board Members

## TRAINING REVIEW BOARD

 
 

Anyone asked to stop unacceptable behavior is expected to comply immediately.

If a participant engages in unacceptable behavior, the conference organizers may take any action they deem appropriate, including expulsion from the conference without warning or refund and contacting the authorities as necessary.




View Training Review Board Members

#### What to do if you witness or are subjected to unacceptable behavior

In any emergency situation please call the authorities immediately via the house phones or directly.

If you are subjected to unacceptable behavior, notice that someone else is being subjected to unacceptable behavior, or have any other concerns, please notify a conference organizer as soon as possible. All reports will remain completely confidential.

Event Staff will be available to help participants contact venue security or local law enforcement, to provide escorts, or to otherwise assist those experiencing unacceptable behavior to feel safe for the duration of the conference. You can report unacceptable behavior to any member of staff. Staff can be found in the Show Office onsite or you may email one of the contacts below.

#### Scope

We expect all conference participants (staff, sponsors, volunteers, speakers, attendees, and other guests) to abide by this code of conduct at all conference venues and conference-related social events.

*The above policies may be revised at any time by UBM LLC and are non-negotiable. This Code of Conduct is without prejudice to UBM LLC's rights, all of which it expressly reserves.*

### SUSTAINING PARTNERS



**Technology Group**

| | | | | **COMMUNITIES SERVED** | **WORKING WITH US** |
|---|---|---|---|---|---|
| Black Hat | Enterprise Connect | ICMI | No Jitter | Content Marketing | Advertising Contacts |
| Content Marketing Institute | GDC | InformationWeek | Service Management World | Enterprise IT | Event Calendar |
| Content Marketing World | Gamasutra | Interop | XRDC | Enterprise Communications | Tech Marketing |
| Dark Reading | HDI | Network Computing | | Game and VR Development | Contact Us |
| | | | | Information Security | Licensing |
| | | | | IT Services & Support | |

Terms of Service | Privacy Statement  |  Copyright © 2019 UBM, All rights reserved.