UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CROWN STERLING LIMITED LLC,

Plaintiff,

-v-

UBM LLC a/k/a BLACK HAT USA and DOES 1-10,

Defendant.

Case No. 19 CV 7900

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CROWN STERLING LIMITED LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: August 22, 2019

Signature of Attorney

Attorney Bar Code: JB8780

Form Rule7_1.pdf  SDNY Web 10/2007