# BresslerLaw PLLC

3 West 35th Street, 9th Fl   New York, NY 10001
t 917.969.4343   f 917.591.7111
e jrb@jrblaw.com   w www.jrblaw.com

January 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2020

**Via ECF**

Hon. Deborah A. Batts
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:   Crown Sterling Limited LLC v. UBM LLC a/k/a Black Hat USA and Does 1-10
      19-CV-7900 (DAB)

Dear Hon. Judge Batts:

I am counsel of record for Plaintiff Crown Sterling Limited LLC ("Crown Sterling") in the above-referenced action. I write for Defendant UBM LLC ("UBM") to request on its behalf an additional thirty (30) day extension of time to answer, move or otherwise respond to the Complaint, to and including February 19, 2020.

GRANTED.
/s DAB
01/17/2020

As the Court granted UBM's first such request for extension of its original Answer deadline of December 5, 2019, UBM's Answer currently is due on January 20, 2020 (see Docket No. 8, entered December 3, 2019). This is UBM's second such request for extension of time. The parties continue to discuss in good faith and progress toward amicable resolution of the matter, which they anticipate will obviate the need for the instant action. The extension is not sought to unduly delay proceedings. Crown Sterling consents to UBM's request for this extension of time.

Respectfully submitted,

**BRESSLER LAW PLLC**

/Joshua R Bressler/
Joshua R. Bressler

cc:

SO ORDERED.

_Deborah A. Batts_
Deborah A. Batts
United States District Judge

01/17/2020

Gregory B. Guarton, Esq., Assistant General Counsel for Defendant UBM LLC
(via email: Greg.Guarton@informa.com)

Michael I. Katz, Esq., counsel of record for Plaintiff Crown Sterling Limited LLC
(via email: mkatz@mabr.com)

CREATIVE COUNSEL FOR INNOVATORS℠