EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CROWN STERLING LIMITED LLC,

          Plaintiff,

v.

UBM LLC a/k/a BLACK HAT USA and
DOES 1-10,

          Defendant.

---------------------------------------------------------------x

Civil Case No. 19-cv-07900-MKV

Electronically Filed

**STIPULATION OF DISCONTINUANCE
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties as follows:

1. The captioned action is discontinued and dismissed with prejudice and without costs to either party.

2. This stipulation may be signed in counterparts and the parties agree that facsimile signatures have the same effect as originals.

Dated: April 14, 2020

**BRESSLER LAW PLLC**
*Attorneys for Plaintiff*

_____
Joshua R. Bressler
3 West 35th Street, 9th Flr.
New York, NY 10001
Tel.: (917) 969-4343
jrb@jrblaw.com

**BECKER & POLIAKOFF, LLP**
*Attorneys for Defendant*

_____
Vincenzo M. Mogavero
45 Broadway, 17th Flr.
New York, NY 10006
Tel.: (212) 599-3322
vmogavero@beckerlawyers.com

SO ORDERED:

Hon. _____, U.S.D.J.