UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

CROWN STERLING LIMITED LLC,

            Plaintiff,

-against-

UBM LLC a/k/a BLACK HAT USA and DOES 1-10,

            Defendants.

1:19-cv-7900-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Complaint in this action was filed on August 22, 2019 [ECF #1]. At no point has any proof of service been filed on the docket. On May 8, 2020, Plaintiff filed a Stipulation of Voluntary Dismissal with prejudice, listing only o Defendant UBM LLC [ECF # 15]. There has been no activity in this case to name or to serve Defendants DOES 1-10. Accordingly, it is hereby:

      ORDERED that the Stipulation of Voluntary Dismissal against Defendant UBM LLC [ECF # 15] is GRANTED. It is further:

      ORDERD that suit against the remaining Defendants, Does 1-10, is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar provided any such application to restore the action is made by **June 11, 2020**. If no such application is made by that date, today's dismissal of the action is with respect to all defendants and with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: May 12, 2020
      New York, NY

                                          */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**